No. 02–1238. NIXON, ATTORNEY GENERAL OF MISSOURI *v.* MISSOURI MUNICIPAL LEAGUE ET AL.;

No. 02–1386. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* MISSOURI MUNICIPAL LEAGUE ET AL.; and

No. 02–1405. SOUTHWESTERN BELL TELEPHONE, L. P., FKA SOUTHWESTERN BELL TELEPHONE CO. *v.* MISSOURI MUNICIPAL LEAGUE ET AL. C. A. 8th Cir. [Certiorari granted, 539 U. S. 941.] Motion of the Solicitor General for divided argument granted.

No. 02–1580. VIETH ET AL. *v.* JUBELIRER, PRESIDENT OF THE PENNSYLVANIA SENATE, ET AL. D. C. M. D. Pa. [Probable jurisdiction noted, 539 U. S. 957.] Motion of appellees Cortes and Accurti for divided argument granted.

No. 02–1794. UNITED STATES *v.* FLORES-MONTANO. C. A. 9th Cir. [Certiorari granted, *ante,* p. 945.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 03–5630. OKORO *v.* SCIBANA, WARDEN. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 802] denied.

No. 03–5915. SEDGWICK *v.* BANKATLANTIC ET AL. C. A. 11th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 943] denied.

No. 03–6099. MATHISON *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 802] denied.

No. 03–6383. REIMANN *v.* RESEARCH TRIANGLE INSTITUTE ET AL. Ct. App. N. C. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until December 8, 2003, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 03–6822. IN RE NELSON;

No. 03–7018. IN RE GRAY; and

No. 03–7145. IN RE EVANS. Petitions for writs of habeas corpus denied.

No. 03–7027. IN RE GRAVES. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.